United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ADIL HIRAMANEK, et. al.,          CASE NO. 5:13-cv-00228 EJD

**ORDER OF RECUSAL**

    Plaintiff(s),
v.

L. MICHAEL CLARK, et. al.,

    Defendant(s).
_____/

    I, the undersigned Judge of the court, finding myself disqualified from presiding over the above-entitled action, hereby recuse myself from this case and request that it be reassigned pursuant to the applicable provisions of this District's Assignment Plan.

**IT IS SO ORDERED.**

Dated: February 5, 2013

                                              EDWARD J. DAVILA
                                              United States District Judge

1

CASE NO. 5:13-cv-00228 EJD
ORDER OF RECUSAL