**RODA AND ADIL HIRAMANEK**
*80 South Market Street*
*San Jose, CA 95113*
408-673-7560

Via Email
Judge Edward Chen
San Francisco US District Court
San Francisco

Feb. 21, 2013

**FILED**

FEB 2 1 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: Hiramanek v. L. Michael Clark et al. CV-13-0228

Dear Judge Chen,

   We filed our case in San Jose Federal Court. We have learned that the case is now assigned to you in San Francisco.

   We are in San Jose. Plaintiff Roda is an 83 year old elder widow with no means of transport and medically not in a position to travel for long hours (she is disabled needing externally assisted oxygen).

   Plaintiffs are also indigent and cannot afford long distance travel.

   Given both medical and financial constraints can you please transfer the case to San Jose before Magistrate Paul Grewal. Attached is our consent to Magistrate Grewal. We do not consent to Magistrate Howard Lloyd due to a conflict of Interest.

   We understand that when defendants appear on this case, they have a right to decline consent to the magistrate

   Thank you.

Sincerely,

*[signature]*

Adil Hiramanek

*[signature]*

Roda Hiramanek
(prepared with assistance)

   IT IS SO ORDERED that Plaintiffs' request to transfer is denied absent stipulation by defendants.

_____
Edward M. Chen
U.S. District Judge

*[DENIED stamp with signature of Judge Edward M. Chen]*

Hiramanek v. L. Michael Clark et al.    Page 1 of 1                    Case #03-0228