UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADIL K HIRAMANEK and RODA K HIRAMANEK,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>L. MICHAEL CLARK, et al.,<br><br>　　　　　　Defendants. | Case No. 13-00228<br><br>**ORDER SETTING SCHEDULE FOR BRIEFING ON MOTION TO STRIKE DKT. NO. 143**<br><br>[Re Docket No. 143] |

Defendants McChristian, Plett and Polumbus did not file an opposition to plaintiff's Motion to Strike, Dkt. No. 143, because plaintiffs filed a motion to amend the complaint the day before defendants' opposition to the motion to strike was due. *See* Dkt. No. 150. The motion to amend the complaint has now been denied, Dkt. No. 164. Although the court does not agree that the pending motion to amend excused defendants from opposing the motion to strike, the court orders defendants McChristian, Plett and Polumbus to file an opposition by October 31, 2014. Plaintiff may file a reply by November 7, 2014. Upon filing of a reply, the motion to strike will be decided on the papers.

Dated: October 16, 2014

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

ORDER
Case No. 13-CV-00228-RMW
LM

- 1 -