UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADIL K HIRAMANEK and RODA K HIRAMANEK,<br><br>          Plaintiffs,<br><br>v.<br><br>L. MICHAEL CLARK, et al.,<br><br>          Defendants. | Case No. 13-00228<br><br>**ORDER REVOKING IN FORMA PAUPERIS STATUS FOR APPEAL**<br><br>[Re Docket No. 170] |

Per the referral of the Ninth Circuit, Dkt. No. 170, the court finds that Appeal No. 14-17056 is not taken in good faith under 28 U.S.C. § 1915(a)(3). The court's order denying a preliminary injunction, Dkt. No. 164, is based on the denial of plaintiffs' motion for leave to amend the complaint. Without leave to amend, there are no claims supporting the requested preliminary injunction. Because the appellate court will not review the denial of the motion for leave, *see* Dkt. No. 171, there is nothing to review regarding the denial of the preliminary injunction. Accordingly, the appeal is not taken in good faith and the court revokes plaintiffs' in forma pauperis status for Appeal No. 14-17056.

**IT IS SO ORDERED.**

ORDER
Case No. 13-CV-00228-RMW
LM
- 1 -

Dated: October 27, 2014

_Ronald M. Whyte_
Ronald M. Whyte
United States District Judge