1  JAMES S. BROWN (Bar No. 135810)
   James.Brown@sedgwicklaw.com
2  TARA K. CLANCY (Bar No. 253321)
   Tara.Clancy@sedgwicklaw.com
3  SEDGWICK LLP
   333 Bush Street, 30th Floor
4  San Francisco, CA  94104-2834
   Telephone:    415/781-7900
5  Facsimile:    415/781-2635

6  Attorneys for Defendants SUPERIOR COURT
   OF CALIFORNIA, COUNTY OF SANTA
7  CLARA AND BETH MILLER

8

              UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

              SAN JOSE DIVISION

ADIL HIRAMANEK and RODA HIRAMANEK,

   Plaintiffs,

   v.

L. MICHAEL CLARK, RICHARD LOFTUS Jr., AARON PERSKY, EDWARD MILLS, DAVID YAMASAKI, BRADFORD BAUGH, SARAH SCOFIELD, TANI CANTIL-SAKAUYE, SUPERIOR COURT OF CALIFORNIA, SANTA CLARA COUNTY, JUDICIAL COUNCIL OF CALIFORNIA, et al., and DOES 1 to 50.

   Defendants.

Case No. 5:13-cv-00228 RMW

**DEFENDANTS SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA AND BETH MILLER'S SUBSTITUTION OF COUNSEL**

TO THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT in accordance with Northern District Local Civil Rule 5-1(c)(2)(E), defendants Superior Court of California, County of Santa Clara and Beth Miller hereby substitutes:

-1-   Case No. 5:13-cv-00228 RMW

SEDGWICK LLP
James S. Brown
Tara K. Clancy
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: (415) 781-7900 / Facsimile: (415) 781-2635

As its attorneys of record in the above-entitled action in place and instead of:

MEYERS, NAVE, RIBACK, SILVER & WILSON
Kevin P. McLaughlin
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000 / Facsimile: (510) 444-1108

On behalf of Meyers, Nave, Riback, Silver & Wilson, I consent to this substitution. Please note that Kevin Gibert should also be removed as counsel of record.

DATED: March 6, 2015    MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____
    Kevin P. McLaughlin

On behalf of Sedgwick LLP, I accept the foregoing substitution.

DATED: March 6, 2015    SEDGWICK LLP

By: _____
    James S. Brown

## ORDER

IT IS HEREBY ORDERED that Meyers, Nave, Riback, Silver & Wilson shall be relieved as counsel of record for defendants Superior Court of California, County of Santa Clara and Beth Miller and that Sedgwick LLP is hereby substituted as said defendants' counsel of record.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*

THE HONORABLE RONALD M. WHYTE
UNITED STATES
SENIOR DISTRICT JUDGE