Adil Hiramanek
80 South Market Street
San Jose, CA 95113
Telephone: (408) 673-7560

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIL HIRAMANEK, *et al.*,<br>　　　　Plaintiffs,<br>　　v.<br>L. MICHAEL CLARK, *et al.*,<br>　　　　Defendants | Case No.  C-13-0228 RMW<br><br>[~~PROPOSED~~] **ORDER RE. PLAINTIFF'S EX PARTE [SHORTENING TIME] MOTION RE. DEFENDANT BURGESS** |

　　The Court has considered Plaintiff's Adil Hiramanek's ["Plaintiffs"] Ex Parte Motion for an order shortening time. The Motion is DENIED.  The motion shall be heard pursuant to Civ. L.R. 7.

　　IT IS SO ORDERED.

DATED:  August 6. 2015

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Paul S. Grewal*
　　　　　　　　　　　　　　　　　　　　　　　　United States District Magistrate Judge

---

Hiramanek v. Clark et al., C-13-0228 RMW  Order Re. Plaintiff's Ex Parte                                          1