United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIL HIRAMANEK, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>L. MICHAEL CLARK, et al.,<br><br>　　　　　　Defendants. | Case No.  5:13-cv-00228-RMW<br><br>**ORDER ON OBJECTION TO MAGISTRATE'S ORDER (DKT. NO. 240) AND NON-CONSENSUAL REFERRAL**<br><br>Re: Dkt. No. 254 |

Plaintiff Roda Hiramanek objects to the magistrate judge's "Order Denying Ex Parte Application Objecting to Referral to a Magistrate Judge" (Dkt. No. 240). In the objection presently before the court, Plaintiff renews[1] her objection that she did not consent to magistrate judge jurisdiction. As the magistrate judge's order explained, consent to magistrate judge jurisdiction is not required when the case has been referred to a magistrate judge for discovery purposes. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

The magistrate judge's order is **AFFIRMED**.

Dated: September 4, 2015

_Ronald M. Whyte_
_____
　　　　Ronald M. Whyte
　　United States District Judge

---

[1] *See* Dkt. No. 238.

1

5:13-cv-00228-RMW
ORDER ON OBJECTION TO MAGISTRATE'S ORDER (DKT. NO. 240) AND NON-CONSENSUAL REFERRAL
RS