UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIL K HIRAMANEK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>L. MICHAEL CLARK, et al.,<br><br>    Defendants. | Case No.  5:13-cv-00228-RMW<br><br>**ORDER DENYING MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. NO. 261)**<br><br>Re: Dkt. No. 266 |

On September 4, 2015, Plaintiff Adil Hiramanek filed a "Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge *and* Motion for De Novo Determination."[1] Dkt. No. 266. Plaintiff's motion objects to the magistrate judge's order, Dkt. No. 261, granting defendants Superior Court of California, County of Santa Clara, and Beth Miller's motion, Dkt. No. 258, for leave to file a supplemental declaration in support of their opposition to Plaintiff's motion to compel.

After Plaintiff filed a reply in support of his motion to compel, Defendants sought court approval to file the declaration on August 26, 2015. Dkt. No. 258. The magistrate judge granted approval on September 1, 2015. Dkt. No. 261. Defendants filed the declaration on September 2, 2015. Dkt. No. 262. This procedure complied with Civil Local Rule 7-3(d). "Once a reply is filed,

---

[1] As stated in the court's prior orders, the parties are not entitled to de novo determination of discovery orders by the magistrate judge. Dkt. No. 280 at 2.

1
5:13-cv-00228-RMW
ORDER DENYING MOTION FOR RELIEF FROM NON-DISPOSITIVE ORDER OF MAGISTRATE JUDGE
RS

1 no additional memoranda, papers or letters may be filed *without prior Court approval*, except" in
2 circumstances that the rule describes. *Id.* (emphasis added). The court finds no portion of the
3 magistrate judge's order that is "clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a).
4      The magistrate judge's order is **AFFIRMED**.
5 Dated: September 25, 2015

                                              Ronald M. Whyte
                                        United States District Judge

5:13-cv-00228-RMW
ORDER DENYING MOTION FOR RELIEF FROM NON-DISPOSITIVE ORDER OF MAGISTRATE JUDGE
RS