UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ADIL HIRAMANEK, et al., | ) | Case No. 5:13-cv-00228-RMW |
| Plaintiffs, | ) ) | **ORDER RE: DEFENDANTS' EX PARTE MOTION FOR LEAVE TO FILE** |
| v. | ) ) | |
| L. MICHAEL CLARK, et al., | ) | (Re: Docket No. 292) |
| Defendants. | ) ) | |

Defendants have moved *ex parte* for leave to file an addendum and supplemental declaration in support of their motion for a protective order. Any opposition to this motion by either Plaintiff must be filed by 5:00 PM on October 2, 2015.

**SO ORDERED.**

Dated: October 1, 2015

PAUL S. GREWAL
United States Magistrate Judge