s

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ADIL HIRAMANEK, et al., | Case No. 13-cv-00228-RMW |
|---|---|
| Plaintiffs, | **ORDER RE: MOTION FOR PROTECTIVE ORDER** |
| v. | |
| L. MICHAEL CLARK, et al., | **(Re: Docket Nos. 272, 311)** |
| Defendants. | |

Pursuant to Civ. L.R. 7-1(b), the court finds that Defendants' motion for a protective order[1] is suitable for determination without oral argument. Accordingly, the court takes the hearing for the motion off the court's calendar. The deadline for Plaintiff Adil Hiramanek to file any opposition to Defendant's motion remains 6:00 PM on October 9, 2015, as set by the court's previous order granting Hiramanek's ex parte motion to enlarge time.[2]

**SO ORDERED.**

Dated: October 9, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 272.

[2] *See* Docket No. 301.

Case No.13-cv-00228-RMW
ORDER RE: MOTION FOR PROTECTIVE ORDER

1