UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADIL HIRAMANEK, et al.,

Plaintiffs,

v.

L. MICHAEL CLARK, et al.,

Defendants.

Case No.  5:13-cv-00228-RMW

**ORDER REGARDING MOTION TO EXTEND NON-EXPERT DISCOVERY CUT-OFF DATE**

Re: Dkt. No. 328

On October 21, 2015, defendants Superior Court of California, County of Santa Clara and Beth Miller filed a motion to extend the non-expert discovery cutoff date in this matter. Dkt. No. 328. Plaintiff Adil Hiramanek filed a notice of intent to oppose. Dkt. No. 329. Under Civil Local Rule 6-3(b), plaintiff's opposition to a motion to change time would be due on Monday, October 26, 2015. The court extends this deadline by one day. Upon receipt of plaintiffs' opposition (not to exceed **five** pages), or at the close of business on **October 27, 2015**, whichever comes first, the court will deem this matter submitted on the papers.

**IT IS SO ORDERED.**

Dated: October 23, 2015

_Ronald M. Whyte_
_____
Ronald M. Whyte
United States District Judge

5:13-cv-00228-RMW
ORDER REGARDING MOTION TO EXTEND NON-EXPERT DISCOVERY CUT-OFF DATE

*United States District Court*
*Northern District of California*