UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIL HIRAMANEK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RICHARD LOFTUS, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-00228-RMW<br><br>**ORDER RE: PLAINTIFFS' EX PARTE MOTION FOR MULTIPLE RELIEF**<br><br>**(Re: Docket No. 323)** |

Before the court is yet another ex parte motion by Plaintiff Adil Hiramanek in which he seeks several forms of relief for alleged discovery recalcitrance by all Defendants.[1] As it did with his previous ex parte motion for multiple relief,[2] the court finds that all of Hiramanek's requested relief either is unwarranted or belongs more appropriately in a noticed discovery motion—a motion to compel, a motion for a protective order or a motion for sanctions. Accordingly, the court will hear the motion on a regular briefing schedule. Defendants' oppositions, if any, are due

---

[1] *See* Docket No. 323. Plaintiff Roda Hiramanek joins in this motion. *See* Docket No. 324. In particular, Plaintiffs seek an order that: (1) imposes a default or evidentiary sanction in response to Defendants' alleged failure to appear at depositions or produce sufficient documents; (2) limits evidence, closes discovery or strikes pleadings in response to Defendants' alleged concealment; (3) requires Defendants to serve Adil and Roda Hiramanek separate copies of documents; (4) requires Defendants Plett, McChristian and Polumbus to produce unredacted versions of certain documents; (5) requires that all privileged discovery from Plaintiffs be sealed, blocked or narrowed; (6) overrules certain objections that some Defendants have raised to Plaintiffs' requests; (7) requires Defendants to procure stenographic reporters for all further depositions; (8) imposes certain conditions on Defendants' counsel during depositions and (9) precludes all depositions until Defendants submit to their noticed depositions and complete meet and confer on multiple open issues.

[2] *See* Docket No. 327 at 4.

1  on November 3.  Hiramanek's reply, if any, is due on November 10.

2      Any other discovery motions, from any party, also will be briefed on the court's regular

3  schedule pursuant to Civ. L.R. 7-2(a).  Any party may file a separate motion to shorten time, but

4  the party moving to shorten time must comply with Civ. L.R. 6-3, and the court will deny the

5  motion unless the movant demonstrates exceptional circumstances.  The court will hear arguments

6  on Hiramanek's instant motion—and on any further discovery motions for which all papers have

7  been filed by December 4, 2015—on December 8, 2015.

**SO ORDERED.**

Dated: October 23, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No. 13-cv-00228-RMW
ORDER RE: PLAINTIFFS' EX PARTE MOTION FOR MULTIPLE RELIEF