UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIL HIRAMANEK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>L. MICHAEL CLARK, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-00228-RMW<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE MOTION FOR MULTIPLE RELIEF**<br><br>**(Re: Docket No. 381)** |

　　　The court has ordered that any further discovery motions from any party to this case are to be filed as noticed motions and will be briefed on the court's regular schedule pursuant to Civ. L.R. 7-2(a).[1]  Plaintiff Adil Hiramanek nevertheless has filed another ex parte motion for discovery relief.[2]  In part, Hiramanek asks the court to issue a third-party subpoena on Sylvia Sanchez as a way to obtain documents from Defendant Beth Miller.  This belongs in a noticed motion to compel production from Miller.  Similarly, Hiramanek can pursue the other relief he seeks in a motion to compel.  Consistent with its previous order, the court DENIES the instant motion.

**SO ORDERED.**

Dated: November 18, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Paul S. Grewal
　　　　　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 340.

[2] *See* Docket No. 381.