UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIL HIRAMANEK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>L. MICHAEL CLARK, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-00228-RMW<br><br>**ORDER RE: DISCOVERY MOTIONS**<br><br>**(Re:  Docket Nos. 323, 341, 354, 386, 389, 390, 391, 392, 393, 394)** |

Plaintiffs Adil and Roda Hiramanek have filed a total of ten discovery motions scheduled for hearing on four separate dates over the next six weeks.[1]  Pursuant to Civ. L.R. 7-1(b), the court finds that all of these motions are suitable for disposition without oral argument.[2]  The hearings for these motions are vacated.

**SO ORDERED.**

Dated: December 3, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] See Docket Nos. 323, 341, 354, 386, 389, 390, 391, 392, 393, 394.

[2] Civ. L.R. 7-1(b) provides that a motion may be determined without oral argument "[i]n the Judge's discretion."  Plaintiffs previously have argued that deciding a motion without an oral hearing denies the movants their day in court.  *See, e.g.*, Docket No. 334.  However, "it is well settled that oral argument is not necessary to satisfy due process."  Docket No. 396 at 6 (quoting *Toquero v. INS*, 956 F.2d 193, 196 n.4 (9th Cir. 1992)).  The court will rule on these motions after fully considering the parties' arguments in their papers.

Case No. 13-cv-00228-RMW
ORDER RE: DISCOVERY MOTIONS

1