UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ADIL HIRAMANEK, et al.,

    Plaintiffs,

v.

L. MICHAEL CLARK, et al.,

    Defendants.

Case No. 5:13-cv-00228-RMW

**ORDER REGARDING PAPERS FILED AFTER SUMMARY JUDGMENT DEADLINES**

On February 5, 2016, this court held a hearing on cross-motions for summary judgment in this matter that were filed on December 30 and 31, 2015. Dkt. Nos. 430, 435, 436, 438. Since February 5, 2016, plaintiff Adil Hiramanek has filed, among other papers, at least three "declarations" or "requests for judicial notice" that purport to be in support of plaintiffs' motion for summary judgment. Dkt. Nos. 494, 501, 502. The January 21, 2016 deadline for replies in support of summary judgment passed weeks ago. The court will not consider untimely filings regarding the parties' summary judgment motions. *See* Civ. L.R. 7-3(d).

**IT IS SO ORDERED.**

Dated: February 12, 2016

_____
Ronald M. Whyte
United States District Judge