UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ADIL HIRAMANEK, et al., | Case No. 5:13-cv-00228-RMW |
|---|---|
| Plaintiffs, | |
| v. | **ORDER VACATING DATES FOR PRETRIAL CONFERENCE AND JURY TRIAL** |
| L. MICHAEL CLARK, et al., | |
| Defendants. | |

At the February 5, 2016 hearing regarding summary judgment motions in this matter, the court informed the parties that another trial in this court might conflict with the trial of plaintiffs' claims against defendants Superior Court of California, County of Santa Clara and Beth Miller, currently set to begin on March 14, 2016. As it is now clear that the conflicting trial will be going forward, the court hereby VACATES the pretrial conference in this case scheduled for February 25, 2016 and the jury trial set to begin on March 14, 2016. Dates for the pretrial conference and trial will be reset in due course. The court is aware of Ms. Hiramanek's age and will give the case priority in resetting the relevant dates.

**IT IS SO ORDERED.**

Dated: February 19, 2016

_Ronald M. Whyte_
Ronald M. Whyte
United States District Judge