UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADIL HIRAMANEK, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>L. MICHAEL CLARK, et al.,<br><br>    Defendants. | Case No. 5:13-cv-00228-RMW<br><br>**ORDER REQUESTING SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Re: Dkt. No. 579 |

In their April 8, 2016 joint case management conference statement, plaintiffs indicate that they "have about 8-10 procedural topics that will most likely require Court's clarification." Dkt. No. 579 at 2. By 5 p.m. on Wednesday, April 13, 2016, plaintiffs shall file a list of any such topics that they wish to discuss at the April 15, 2016 case management conference. The list shall not exceed 2 double-spaced pages and shall not include any footnotes or attachments. The court is aware of plaintiffs' pending motion to bifurcate the trial into liability and damages portions, Dkt. No. 507, and bifurcation will be discussed at the case management conference.

**IT IS SO ORDERED.**

Dated: April 11, 2016

_Ronald M. Whyte_
Ronald M. Whyte
United States District Judge