UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADIL HIRAMANEK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>L. MICHAEL CLARK, et al.,<br><br>    Defendants. | Case No. 5:13-cv-00228-RMW<br><br>**AMENDED ORDER RE: REQUEST FOR CONTINUANCE OF PRETRIAL CONFERENCE AND CLARIFICATION OF PRETRIAL DEADLINES**<br><br>Re: Dkt. Nos. 597, 598 |

On June 14, 2016, this court continued the date of the pretrial conference in this matter for the claims against defendant Beth Miller from June 30, 2016 to July 7, 2016. Dkt. No. 596. Counsel for defendant requests that the pretrial conference be reset for July 8, 2016, Dkt. No. 597, but plaintiffs object to holding the pretrial conference on that date, Dkt. No. 598. To assist the court in setting a mutually agreeable time for the pretrial conference, by **4:00 pm on Thursday, June 16, 2016** the parties shall inform the court of their availability in the following timeslots:

- July 5, 2016 (morning or afternoon)
- July 6, 2016 (morning or afternoon)
- July 7, 2016 (morning or afternoon)
- July 8, 2016 (afternoon)
- July 15, 2016 (morning or afternoon)

1

All other pretrial deadlines remain as set in this court's May 6, 2016 order, including deadlines for the submissions due on June 16, 2016, and June 23, 2016. Dkt. No. 591.

For the avoidance of doubt, the only claim set for trial on July 25, 2016 is a 42 U.S.C. § 1983 racial discrimination claim against Miller. *See* Dkt. No. 153 at 2 n.2.

**IT IS SO ORDERED.**

Dated: June 15, 2016

_____
Ronald M. Whyte
United States District Judge

United States District Court
Northern District of California