UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADIL HIRAMANEK, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>L. MICHAEL CLARK, et al.,<br><br>  Defendants. | Case No.  5:13-cv-00228-RMW<br><br>**ORDER RESETTING DATES OF FINAL PRETRIAL CONFERENCE AND TRIAL**<br><br>Re: Dkt. Nos. 601, 602 |

The parties were unable to agree on any of the dates the court offered to hold the final pretrial conference in this matter. Accordingly, the final pretrial conference for plaintiffs' claims against defendant Miller will be held on **Tuesday, July 19, 2016 at 2:00 p.m.** in Courtroom 6. Furthermore, to avoid any risk that a separate trial scheduled the week of July 18, 2016 will conflict with the instant case and to allow the parties adequate time to prepare, the jury trial on plaintiffs' claims against defendant Miller will begin on **Tuesday, August 2, 2016 at 8:30 a.m.** The court is scheduling the pretrial conference a month in advance to allow the parties sufficient time to clear any conflicts they have in their schedules.

The court will set time limits for trial at the pretrial conference. For planning purposes, the court anticipates that jury selection will take 2-3 hours (including 10 minutes per side for questions to the jury). The court further anticipates allowing approximately 8 hours of trial time

per side, not including jury selection or closing arguments.

The court is aware of plaintiffs' concern with having adequate time to prepare between the pretrial conference and trial. The court will endeavor to share its tentative rulings on motions in limine and other pertinent issues with the parties by the time of the pretrial conference, if not beforehand. To the extent possible, the parties should meet and confer and attempt to resolve any logistical issues in advance of the pretrial conference. In particular, **by June 30, 2016**, the parties shall alert the court as to which issues enumerated on pages 6 and 7 of plaintiffs' amended joint pretrial statement, Dkt. No. 611, will still require resolution by the court.

**IT IS SO ORDERED.**

Dated: June 17, 2016

_Ronald M. Whyte_
Ronald M. Whyte
United States District Judge