UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADIL HIRAMANEK, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>L. MICHAEL CLARK, et al.,<br><br>　　　　Defendants. | Case No. 5:13-cv-00228-RMW<br><br>**ORDER RE: PLAINTIFFS' REQUEST FOR CASE MANAGEMENT CONFERENCE AND OBJECTIONS TO TRIAL DATE**<br><br>Re: Dkt. No. 631 |

Plaintiffs object to commencing trial on their claims against defendant Beth Miller on August 2, 2016 and request a case management conference to discuss scheduling. Dkt. No. 631. Accordingly, the court will hold a telephonic case management conference on Wednesday, June 22, 2016 at 10:30 a.m. The parties shall email Judge Whyte's courtroom deputy with the (landline) phone numbers where they can be reached for the conference. The only topics to be discussed will be the dates of the final pretrial conference and trial for plaintiffs' claims against Miller.

**IT IS SO ORDERED.**

Dated: June 20, 2016

　　　　　　　　　　　　　　　　　　　　　_Ronald M. Whyte_
　　　　　　　　　　　　　　　　　　　　　Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　　United States District Judge