UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ADIL HIRAMANEK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>L. MICHAEL CLARK,<br><br>    Defendants. | Case No.  5:13-cv-00228-RMW<br><br>**SUPPLEMENTAL ORDER REGARDING FINAL PRETRIAL CONFERENCE** |

The final pretrial conference in this matter will be held on July 15, 2016 at 2 pm. The court will not require plaintiffs to appear in person at the pretrial conference and will allow them to appear telephonically. To the extent that plaintiffs would like to discuss the display of exhibits, however, appearing in person would allow plaintiffs to familiarize themselves with the layout of the courtroom. The parties may not have another convenient opportunity between now and the start of trial to inspect the courtroom when other proceedings are not in progress.

The court also reminds plaintiffs that if they fail to comply with the witness disclosure requirements of paragraph 8.f of this court's Standing Order Re: Pretrial Preparation in advance of the pretrial conference, their claims are subject to dismissal. *See* Dkt. No. 658 at 10-11.

**IT IS SO ORDERED.**

Dated: July 14, 2016

_Ronald M. Whyte_
Ronald M. Whyte
United States District Judge