**SEDGWICK, LLP**
JAMES S. BROWN (STATE BAR NO.135810)
james.brown@sedgwicklaw.com
SEAN PATTERSON (STATE BAR NO. 234565)
sean.patterson@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    415.781.7900
Facsimile:     415.781.2635

Attorneys for Defendants
SUPERIOR COURT OF CALIFORNIA, COUNTY
OF SANTA CLARA and BETH MILLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ADIL HIRAMANEK AND RODA HIRAMANEK,<br><br>              Plaintiffs,<br><br>     v.<br><br>L. MICHAEL CLARK, RICHARD LOFTUS, JR. AARON PERSKY, EDWARD MILLS, DAVID YAMASAKI, TANI CANTIL-SAKAUYE, SUPERIOR COURT OF CALIFORNIA, SANTA CLARA COUNTY, JUCICIAL COUNCIL OF CALIFORNIA, AND DOES 1 TO 50<br><br>              Defendants. | Case No. 5:13-cv-00228-RMW HRL<br><br>[~~PROPOSED~~] ORDER ALLOWING ENTRY OF TRIAL EQUIPMENT<br><br>The Honorable Ronald M. Whyte<br><br>Trial:     August 2, 2016<br>Time:    9:00 a.m.<br>Dept:    Courtroom 6, 4th Floor |

Defendant Beth Miller asks permission to bring the following equipment into the courthouse for use at the trial of this matter:

Computer

Elmo

Projector

Equipment table

Connecting cables

1  **IT IS SO ORDERED:**

2  DATED:  August 1, 2016

_____
Ronald M. Whyte
United States District Court Judge