UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

ADIL HIRAMANEK, et al.,

    Plaintiffs,

v.

L. MICHAEL CLARK, et al.,

    Defendants.

Case No. 5:13-cv-00228-RMW

**ORDER REGARDING TRIAL DEMONSTRATIVE MATERIALS**

The court ordered plaintiff Adil Hiramanek to provide defendant Miller with an electronic copy of the slides shown during plaintiff's opening statement on August 2, 2016. The court neglected to require that a copy be provided to the court as well. By 5:00 pm on Wednesday, August 3, 2016, Mr. Hiramanek shall email a copy of his opening slides to the undersigned judge's courtroom deputy. The parties must show copies of any materials, including both numbered trial exhibits and demonstrative materials such as slides, diagrams, or photographs to their opponents and to the court at the time of introduction but before the material is shown to the jury to allow the court to rule on any objections. If a demonstrative exhibit is created while a witness is testifying (for example, if a witness is asked to draw a diagram), the document will be marked as a demonstrative exhibit.

**IT IS SO ORDERED.**

Dated: August 3, 2016

_Ronald M. Whyte_
Ronald M. Whyte
United States District Judge