UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIL HIRAMANEK, et al., <br>     Plaintiffs, <br> v. <br> L. MICHAEL CLARK, et al., <br>     Defendants. | Case No.  13-cv-00228-JD <br><br> **ORDER DENYING REQUEST FOR WAIVER OF REQUIREMENTS UNDER GENERAL ORDER 58** |

    Plaintiff Adil Hiramanek submitted an e-mail requesting written permission of the Chief Judge waiving the prohibitions against photography and audio or video recording in the common areas of the courthouse, as well as in the courtrooms, that are set forth in General Order 58.  Mr. Hiramanek seeks an exception to these prohibitions for his own protection and security from court security personnel.  As stated in General Order 58, the purposes of the specific rules and prohibitions against photographing and recording any court proceedings and any common areas of the courthouse are to promote security for all persons who enter federal courthouses, to protect the integrity of judicial proceedings, to facilitate legitimate use of electronic devices for communication or for the storage, retrieval, or presentation of information, and to comply with the mandates of the Federal Rules of Criminal Procedure and the policies of the Judicial Conference of the United States.  Finding no good cause to create an exception from the requirements of General Order 58 for this particular litigant over all others who appear before the court, as well as members of the public who enter the courthouse, the undersigned DENIES Mr.

1 | Hiramanek's request to allow him to record his presence in the public areas of the federal
2 | courthouse.
3 | **IT IS SO ORDERED.**
4 | Dated: January 27, 2017

_____
PHYLLIS J. HAMILTON
Chief Judge

2