1  JAMES R. WILLIAMS, County Counsel (S.B. #271253)
   MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   McCHRISTIAN, PLETT, and
6  POLUMBUS

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 ADIL HIRAMANEK, et al.,                    No. C13-0228 JD

12         Plaintiffs,                        **STIPULATION AND ORDER
                                              DISMISSING ACTION AGAINST
13 v.                                         DEFENDANTS McCHRISTIAN,
                                              PLETT, AND POLUMBUS**
14 L. MICHAEL CLARK, et al.,

15         Defendants.

16

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Pursuant to settlement agreement, Plaintiff Adil Hiramanek and Defendants Daryl McChristian, Bryan Plett, and Timothy Polumbus, by and through their counsel of record, hereby stipulate and agree to an order dismissing Adil Hiramanek's entire action with prejudice as to Defendants Daryl McChristian, Bryan Plett, and Timothy Polumbus only in case no. 13-cv-0228 JD. Each side shall bear their own attorneys' fees and costs of the suit.

I hereby attest that I have on file the holograph signature indicated by a "conformed" signature (/S/) within this e-filed document.

Respectfully submitted,

JAMES R. WILLIAMS
County Counsel

Dated: January 30, 2017    By: _____
Mark F. Bernal
Deputy County Counsel

Attorneys for Defendants
McCHRISTIAN, PLETT,
AND POLUMBUS

Dated: January 30, 2017    By: _____
Adil Hiramanek
Pro Se Plaintiff

IT IS SO STIPULATED:

IT IS SO ORDERED:

Dated: February 8, 2017    _____
District Judge James Donato
UNITED STATES DISTRICT COURT

**APPROVED**
Judge James Donato

1471680

2

Stipulation and Order Dismissing Action Against
Defendants McChristian, Plett, and Polumbus

C13-0228 JD